KARL HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for City of Reno,*
*Sergeant Justin Bradley,*
*And Officer Joshua Sanford*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DAWN JOHNSON,

    Plaintiff,

vs.

THE CITY OF RENO, OFFICER JOSHUA SANFORD individually and in his official capacity, SERGEANT JUSTIN BRADLEY individually and in his official capacity and DOES 1-5 Inclusive

    Defendants.

Case No.: 3:16-CV-00507-MMD-VPC

## STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Plaintiff, by and through her attorney, NICHOLUS C. PALMER, and Defendant, by and through its attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to reschedule the previously scheduled Case Management Conference, due to a calendar conflict, **from Wednesday, January 4, 2017 at 2:00p.m. to Monday, January 9, 2017 at 9:00a.m.**

///
///
///
///

The Joint Case Management Report is now due on December 28th, 2016.

DATED this __22nd__ day of November, 2016.

By: /s/ *N. Palmer* 
Nicholus C. Palmer, Esq.
630 E. Plumb Lane
Reno NV 89502

*Attorney for Plaintiff*

JOHN J. KADLIC
Reno City Attorney

By: __/s/ William Cooper__
William E. Cooper, Esq.
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for City of Reno,
Sergeant Justin Bradley,
And Officer Joshua Sanford*

IT IS SO ORDERED.

DATED this _____ day of November, 2016.

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

__X__  CM/ECF electronic service

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Nik Palmer, Esq.
The Law Firm of Laub & Laub
630 E. Plumb Lane
Reno, NV 89502

*Attorney for Plaintiff Dawn Johnson*

DATED this __22nd__ day of November, 2016

By: ___/s/ Terri Strickland___
Terri Strickland
Legal Assistant