KARL HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: cooperw@reno.gov

*Sergeant Justin Bradley,*
*And Officer Joshua Sanford*

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DAWN JOHNSON,

Plaintiff,

vs.

OFFICER JOSHUA SANFORD individually and in his official capacity, SERGEANT JUSTIN BRADLEY individually and in his official capacity and DOES 1-5 Inclusive

Defendants.
_______________________________________ /

Case No.: 3:16-CV-00507-MMD-VPC

**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE (FIRST REQUEST)**

Plaintiff, by and through her attorney, NICHOLUS C. PALMER, and Defendant, by and through its attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to reschedule the previously scheduled Settlement Conference, due to a calendar conflict, **from Tuesday, November 21, 2017 at 9:00a.m. to Monday, December 4, 2017 at 9:00a.m.**

///

///

///

///

1    The settlement conference statements shall be received in chambers, 400 S. Virginia Street, Suite 404, no later than **Monday, November 27, 2017 by 4:00p.m.**

DATED this __14th__ day of November, 2017.

                                           KARL S. HALL
                                           Reno City Attorney

By: __/s/ Nicholus C. Palmer__           By: __/s/ William Cooper__
     Nicholus C. Palmer, Esq.               William E. Cooper, Esq.
     630 E. Plumb Lane                       Deputy City Attorney
     Reno NV 89502                            Post Office Box 1900
                                           Reno, Nevada 89505
     *Attorney for Plaintiff*

                                           *Sergeant Justin Bradley,*
                                           *And Officer Joshua Sanford*

IT IS SO ORDERED.

DATED this __15th__ day of November, 2017.

                                           _____
                                           United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE (FIRST REQUEST)**

on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

__X__  CM/ECF electronic service

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Nik Palmer, Esq.
The Law Firm of Laub & Laub
630 E. Plumb Lane
Reno, NV 89502

*Attorney for Plaintiff Dawn Johnson*

DATED this __14th__ day of November, 2017.

By: ___/s/ Terri Strickland___
Terri Strickland
Legal Assistant

Reno City Attorney
P.O. Box 1900
Reno, NV 89505