Nik C. Palmer, Esq.
State Bar of Nevada No. 9888
630 E. Plumb Lane
Reno, NV  89502
Telephone:    (775) 824-7070
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAWN JOHNSON,

              Plaintiff,

    vs.

OFFICER JOSHUA SANFORD individually
and in his official capacity, SERGEANT
JUSTIN BRADLEY individually and in his
official capacity and DOES 1-5 Inclusive,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 16-CV-00507

## FIRST STIPULATION TO EXTEND JOINT PRETRIAL ORDER DUE DATE

      Plaintiff, by and through her attorney, Nicholus C. Palmer, and Defendants, by and through their attorneys, Karl S. Hall Reno City Attorney, and William E. Cooper, Deputy City Attorney, hereby stipulate to extend the Joint Pretrial Order due date to March 2, 2018.

      1. On October 24, 2017, this Court ~~did~~ a Minute Order in which it gave a Joint Pretrial *issued VPC* Order Deadline of February 21, 2018.

      2. Counsel for both parties need more time to finish the Joint Pretrial Order.

      3. There are currently no court dates pending and a continuation of the Joint Pretrial Order deadline will not prejudice either party in this matter.

      4. This is the first request for an extension of the Joint Pretrial Order deadline.

///

///

///

Law Firm of
Laub & Laub
630 E. Plumb Lane
Reno, NV 89502
Tel: (775) 323-5282
Fax: (775) 323-3699

1

1        5.  Based upon the foregoing, the parties hereby stipulate to extend the Joint Pretrial Order

2    due date to March 2, 2018.

3

4        DATED this __20th__ day of February, 2018.

5

6                                                  KARL S. HALL

7                                                Reno City Attorney

8    By:/s/Nik Palmer_____    By:/s/ William E. Cooper_____

9        Nicholus C. Palmer, Esq.          William E. Cooper, Esq.

    630 E. Plumb Lane             Deputy City Attorney

10       Reno NV 89502               Post Office Box 1900

                                            Reno, Nevada 89505

11       *Attorney for Plaintiff*

12                                      *Attorneys for City of Reno,*

13                                        *Sergeant Justin Bradley,*

                                         *And Officer Joshua Sanford*

14

15

16       IT IS SO ORDERED.

17

18       DATED this _22nd_ day of February, 2018.

19

20

21                               _____

22                                 United States Magistrate Judge

23

24

25

26

27

28

Law Firm of
Laub & Laub
630 E. Plumb Lane
Reno, NV 89502
Tel: (775) 323-5282
Fax: (775) 323-3699

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Law Firm of Laub & Laub, and that on this date, I am serving the foregoing document(s)

First Stipulation to Extend Joint Pretrial Order Due Date

on the party(s) set forth below by:

\_\_\_\_\_   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

\_\_\_\_\_   Personal delivery.

X \_\_\_\_   CM/ECF electronic service.

\_\_\_\_\_   Federal Express or other overnight delivery.

\_\_\_\_\_   Reno/Carson Messenger Service.

addressed as follows:

William E. Cooper, Esq.
Deputy City Attorney
One E. First St. 3rd Floor
P.O. Box 1900
Reno, NV 89505

DATED this 20th day of February 2018

s/ Maria Moreno
MARIA MORENO

Law Firm of
Laub & Laub
630 E. Plumb Lane
Reno, NV 89502
Tel: (775) 323-5282
Fax: (775) 323-3699

3