1  KARL HALL
   Reno City Attorney
2  WILLIAM E. COOPER
3  Deputy City Attorney
   Nevada State Bar #2213
4  Post Office Box 1900
   Reno, NV 89505
5  (775) 334-2050
6  Email:  cooperw@reno.gov

7  *Sergeant Justin Bradley,*
   *And Officer Joshua Sanford*
8

9              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
10

11 DAWN JOHNSON,                          Case No.: 3:16-CV-00507-MMD-VPC

12          Plaintiff,                    **SECOND STIPULATION TO**
       vs.                                **EXTEND JOINT PRETRIAL**
13                                        **ORDER DUE DATE**
   OFFICER JOSHUA SANFORD individually
14 and in his official capacity, SERGEANT
   JUSTIN BRADLEY individually and in his
15 official capacity and DOES 1-5 Inclusive   **(SECOND REQUEST)**

16          Defendants.
                                    /
17

18     Plaintiff, by and through her attorney, NICHOLUS C. PALMER, and Defendant, by and

19 through its attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER,

20 Deputy City Attorney, herby stipulate to extend the Joint Pretrial Order due date **from March 2,**

21 **2018 to March 16, 2018.**

22     1. A Minute Order issued on October 24, 2017 (ECF. No. 48) set the deadline for the

23        Joint Pretrial Order for February 21, 2018.

24     2. A First Stipulation to Extend the Joint Pretrial Order was filed on February 21, 2018

25        (ECF. No. 54) and was signed by the Honorable Magistrate Judge Valerie P. Cooke

26        on February 22, 2018 (ECF. No. 55).

27

28

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-1-

3. Counsel for the Defendants will be in trial on another matter starting on February 26, 2018. The trial is currently set for five (5) days but could extend further into the following week.

4. Counsel for both parties need additional time to prepare the Joint Pretrial Order.

5. No court dates a currently pending and a continuation of the Joint Pretrial Order deadline will not prejudice either party in this matter.

6. Based upon the foregoing, the parties hereby stipulate to extend the Joint Pretrial Order due date to March 16, 2018.

DATED this __23rd__ day of February, 2018.

KARL S. HALL
Reno City Attorney

By:___/s/ Nicholus C. Palmer_____
    Nicholus C. Palmer, Esq.
    630 E. Plumb Lane
    Reno NV 89502

*Attorney for Plaintiff*

By:___/s/ William Cooper_____
    William E. Cooper, Esq.
    Deputy City Attorney
    Post Office Box 1900
    Reno, Nevada 89505

    *Sergeant Justin Bradley,*
    *And Officer Joshua Sanford*

IT IS SO ORDERED.

DATED this __26th__ day of February, 2018.

United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**SECOND STIPULATION TO EXTEND JOINT
PRETRIAL ORDER DUE DATE
(SECOND REQUEST)**

on the party(s) set forth below by:

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____    Personal delivery.

__X___    CM/ECF electronic service

_____    Facsimile (FAX).

_____    Federal Express or other overnight delivery.

_____    Reno/Carson Messenger Service.

addressed as follows:

Nik Palmer, Esq.
The Law Firm of Laub & Laub
630 E. Plumb Lane
Reno, NV 89502

*Attorney for Plaintiff Dawn Johnson*

DATED this __23rd__ day of February, 2017.

By: ___/s/ Terri Strickland_____
      Terri Strickland
      Legal Assistant

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-3-