KARL HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: cooperw@reno.gov

*Sergeant Justin Bradley,*
*And Officer Joshua Sanford*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 21 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORDER

DAWN JOHNSON,

  Plaintiff,

vs.

OFFICER JOSHUA SANFORD individually and in his official capacity, SERGEANT JUSTIN BRADLEY individually and in his official capacity and DOES 1-5 Inclusive

  Defendants.
_____/

Case No.: 3:16-CV-00507-MMD-VPC

**THIRD STIPULATION TO EXTEND JOINT PRETRIAL ORDER DUE DATE**

**(THIRD REQUEST)**

Plaintiff, by and through her attorney, NICHOLUS C. PALMER, and Defendant, by and through its attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to extend the Joint Pretrial Order due date **from March 16, 2018 to March 23, 2018.**

1. A Minute Order issued on October 24, 2017 (ECF. No. 48) set the deadline for the Joint Pretrial Order for February 21, 2018.

2. A Second Stipulation to Extend the Joint Pretrial Order was filed on February 23, 2018 (ECF. No. 56) and was signed by the Honorable Magistrate Judge Valerie P. Cooke on February 26, 2018 (ECF. No. 57).

3. Counsel for the Defendants is scheduled to be in a prolonged ENE Conference with the Honorable Magistrate Judge Robert A. McQuaid, Jr. on Friday, March 16, 2018.

4. Counsel for both parties have been diligently working together to complete the Joint Pretrial Order and ask the Court for additional time.

5. No court dates a currently pending and a continuation of the Joint Pretrial Order deadline will not prejudice either party in this matter.

6. Based upon the foregoing, the parties hereby stipulate to extend the Joint Pretrial Order up to and including March 23, 2018.

DATED this 15th day of March, 2018.

                                    KARL S. HALL
                                    Reno City Attorney

By: /s/ Nicholus C. Palmer        By: /s/ William Cooper
    Nicholus C. Palmer, Esq.            William E. Cooper, Esq.
    630 E. Plumb Lane                   Deputy City Attorney
    Reno NV 89502                       Post Office Box 1900
                                      Reno, Nevada 89505
    *Attorney for Plaintiff*

                                    *Sergeant Justin Bradley,*
                                    *And Officer Joshua Sanford*

IT IS SO ORDERED.

DATED this ____ day of March, 2018.

                                    [signature]
                                    United States Magistrate Judge

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**THIRD STIPULATION TO EXTEND JOINT
PRETRIAL ORDER DUE DATE
(THIRD REQUEST)**

on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____ Personal delivery.

__X__ CM/ECF electronic service

_____ Facsimile (FAX).

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger Service.

addressed as follows:

Nik Palmer, Esq.
The Law Firm of Laub & Laub
630 E. Plumb Lane
Reno, NV 89502

*Attorney for Plaintiff Dawn Johnson*

DATED this 15th day of March, 2018.

By: ___/s/ Terri Strickland___
Terri Strickland
Legal Assistant