KARL HALL
Reno City Attorney
WILLIAM COOPER
Nevada Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
cooperw@reno.gov

*Attorneys for City of Reno,
Sergeant Justin Bradley,
And Officer Joshua Sanford*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAWN JOHNSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE CITY OF RENO, OFFICER JOSHUA SANFORD individually and in his official capacity, SERGEANT JUSTIN BRADLEY individually and in his official capacity and DOES 1-5 Inclusive<br><br>　　　　Defendants. | Case No.: 3:16-CV-00507-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through her attorney, NICHOLUS C. PALMER, and Defendants, by and through their attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER, Deputy City Attorney, stipulate to the dismissal of all claims in this action, with prejudice.

///
///
///
///
///
///

Each party shall bear its own attorney's fees and costs.

DATED this 14th day of May, 2018.        DATED this 15 day of May, 2018.

                                                              KARL S. HALL
                                                            Reno City Attorney

By: /s/ Nicholus C. Palmer                  By: /s/ William E. Cooper
    Nicholus C. Palmer, Esq.                    William E. Cooper, Esq.
    630 E. Plumb Lane                            Deputy City Attorney
    Reno NV 89502                                Post Office Box 1900
                                         Reno, Nevada 89505
    *Attorney for Plaintiff*

                                                       *Sergeant Justin Bradley,*
                                                       *And Officer Joshua Sanford*

IT IS SO ORDERED.

DATED this 15th day of May, 2018.

                                                                 United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____ Personal delivery.

__X__ CM/ECF electronic service

_____ Facsimile (FAX).

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger Service.

addressed as follows:

Nik Palmer, Esq.
The Law Firm of Laub & Laub
630 E. Plumb Lane
Reno, NV 89502

*Attorney for Plaintiff Dawn Johnson*

DATED this 15th day of May, 2018.

By: /s/ Terri Strickland
Terri Strickland
Legal Assistant